In the Matter of the Estate of RICHARD B. CADY, Deceased. WILLIAM P. CADY, Appellant; ELLA E. OVERTON et al., Respondents.

Submitted September 26, 1939; decided October 10, 1939.

*Elmer L. Thompson* and *William C. Maher* for appellant.
*Robert W. Sloan* and *Robert A. Foley* for respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.